IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BRADY MATHIS, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 90-3467 |
| | : | |
| SUPERINTENDENT | : | |
| JOSEPH M. RYAN, et al., | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this 30th day of September, 2013, upon consideration of the petitioner's *pro se* motion for relief pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure (Document #18), it is hereby ORDERED that the motion is DENIED in its entirety.

IT IS FURTHER ORDERED that the petitioner's *pro se* motion to proceed *in forma pauperis* and for appointment of counsel (Document #17) is DENIED as moot.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.